UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| CASSANDRA JORDAN, | ) |
| Plaintiff, | ) No. 1:24-CV-320 |
| v. | ) Judge Curtis L. Collier |
| MICHELLE MITCHELL, *et al.*, | ) Magistrate Judge Christopher H. Steger |
| Defendants. | ) |

## JUDGMENT ORDER

On February 24, 2025, United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") upon screening Plaintiff's *pro se* complaint under 28 U.S.C. § 1915(e)(2). (Doc. 14.) No objection has been filed to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 14). Plaintiff's complaint is **DISMISSED**. Plaintiff's claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief can be granted. Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
    s/ *LeAnna Wilson*
CLERK OF COURT